UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CRIMINAL ACTION NO. 1:08-CR-00057-TBR

UNITED STATES OF AMERICA,                                                                PLAINTIFF,

VS

ROBERT DESHAWN BOYD,                                                    DEFENDANT.

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count 1 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, recommend that the plea of GUILTY be accepted and that the Defendant be adjudged GUILTY and have sentence imposed accordingly.

**NOTICE**

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

28 U.S.C. 636(b)(1)(B).

Copies:     Counsel
            U. S. Marshal
            U. S. Probation
            Kelly Harris, Case Manager
            Pat Harralson, Secretary to USMJ Goebel